JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SHANNON E. TURNER (CSB No. 310121)
sturner@fenwick.com
CHIEH TUNG (CSB No. 318963)
ctung@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Plaintiff
PayPal, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PayPal, Inc., | Case No.: _____ |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, AND FALSE DESIGNATION OF ORIGIN** |
| v. | |
| Lenmo Inc., | **JURY TRIAL DEMANDED** |
| Defendant. | |

Plaintiff PayPal, Inc., for its Complaint against Defendant Lenmo Inc., alleges as follows:

1.      PayPal has built the world's leading digital payments platform by championing its customers' interests.  A prominent piece of that platform and PayPal's commitment to its customers is Venmo.  At its core, Venmo is a payment platform that allows people to connect with and pay their friends and family, and to make purchases online and through mobile apps. Venmo is one of the fastest growing and most prominent payment brands in the United States, with over 40 million active users.

2.      This lawsuit arises from Lenmo's intentional and unlawful attempt to trade on the goodwill that Venmo has created with consumers through the use of the name and mark

FENWICK & WEST LLP
ATTORNEYS AT LAW

LENMO—an obvious imitation of PayPal's VENMO brand—in connection with overlapping digital and mobile payment services.  PayPal brings this action to remedy the harm Lenmo threatens to cause to the Venmo user experience and PayPal's VENMO brand.

3.      Venmo launched with the goal of creating a fun, easy and secure way to pay family and friends.  To that end, Venmo was designed around its social feed, a feature that allows users to publicly share and comment on payments made through the service, frequently using emoji.  With Venmo, users can find and connect with friends and family, share updates, and communicate through Venmo.  Among other uses, Venmo products and services provide a convenient and secure way for users to lend money to their friends and family, or to receive payments for money lent.

4.      PayPal owns six federal trademark registrations and common law rights in its VENMO trademarks (collectively the "VENMO Marks").

5.      By using the confusingly similar LENMO name and mark for digital and mobile payment services, Lenmo is likely to cause confusion that PayPal's Venmo service is the source or sponsor of Lenmo's products or services, or that there is an association between Venmo and Lenmo, in violation of the Lanham Act and related state law.  Through years of investment, Venmo has earned a reputation for simple, secure, and reliable digital payments for customers.  Lenmo, on the other hand, has received substantial consumer criticism for its unreliable and inferior services.  The overlap between the VENMO and LENMO marks and the parties' services will cause consumers to believe mistakenly that Venmo is affiliated with Lenmo, and to associate the poor reputation of Lenmo's offerings with Venmo or other PayPal services.  This mistaken belief threatens to cause serious damage both to PayPal's VENMO brand and its customers.

6.      PayPal has made extensive efforts to avoid this lawsuit.  After discovering Lenmo's use of the LENMO mark, PayPal promptly contacted Lenmo about its concerns.  Through a series of letters, emails, and phone calls, PayPal raised these concerns and asked Lenmo to change its name and discontinue its use of the confusingly similar LENMO mark.  Lenmo has not changed course.  Lenmo continues to use the LENMO name and mark on its website (http://www.golenmo.com) and its mobile app, and has an application pending to register

the LENMO mark with the United States Patent and Trademark Office.

7.      PayPal's mission is to bring its customers reliable and secure payment services they can trust.  By deceiving customers and getting a free ride on the VENMO brand, Lenmo threatens that mission.  Lenmo's continuing willful conduct has left PayPal with no alternative but to bring this lawsuit.

8.      Accordingly, PayPal seeks injunctive relief and damages under federal trademark infringement law (15 U.S.C. § 1114), federal false designation of origin law (15 U.S.C. § 1125(a)), trademark dilution (15 U.S.C. § 1125(c)), the common law doctrines of trademark infringement, and unfair competition within the meaning of California Business and Professions Code §§ 17200 et seq.

## JURISDICTION AND VENUE

9.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338 and 1367.  PayPal's claims are, in part, based on violations of the Lanham Act, as amended, 15 U.S.C. §§ 1051, *et seq*. The Court has jurisdiction over the state law claims pursuant to 28 U.S.C. §§ 1338(b) and 1367.

10.     This Court has personal jurisdiction over Lenmo because, on information and belief, Lenmo has its principal place of business and conducts business within this judicial district.

11.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1121, and under the Federal Declaratory Judgment Act, for the purpose of granting the declaratory relief sought herein.

12.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b).  PayPal's United States headquarters is located in this district, and a substantial portion of the events giving rise to this action occurred in this judicial district.  On information and belief, Lenmo provides its products and services using the infringing mark in this district.

## INTRA-DISTRICT ASSIGNMENT

13.     Because this is an intellectual property case, it is subject to assignment to any division pursuant to Civil Local Rule 3-2(c).

FENWICK & WEST LLP
ATTORNEYS AT LAW

1

**THE PARTIES**

2      14.     Plaintiff PayPal, Inc. is a corporation organized and existing under the laws of

3   Delaware, with its headquarters at 2211 North First Street, San Jose, California 95131.

4      15.     On information and belief, Defendant Lenmo Inc. is a corporation organized and

5   existing under the laws of Delaware, with its headquarters at 1111 Broadway Suite 300, Oakland,

6   California 94607.

7

**PAYPAL'S VENMO BUSINESS AND MARKS**

8

**The Venmo Mark and Use in Commerce**

9      16.     PayPal has become the leading global digital payments platform by focusing on its

10  customers' interests.  Over the years, PayPal has invested heavily in simplifying and securing the

11  process of making online payments.  Priding itself on being a Customer Champion[1]—a company

12  that solves real problems for customers—PayPal has worked to make its payment-processing

13  services as reliable and frictionless as possible.

14     17.     PayPal's Venmo offering is no different.  Venmo launched as a person-to-person

15  ("P2P") payment solution in 2010.  Since then it has become one of the most popular apps in the

16  field, with more than 40 million users to date.  In 2018 alone, Venmo processed over $60 billion

17  in payments, an increase of 79% from 2017.  As of the first quarter of 2019, Venmo's total

18  payment volume grew 73%, and Venmo is on pace to process $100 billion in payment volume by

19  the end of the year.

20     18.     For customers, paying with Venmo is simple and easy.  Customers can connect

21  their Facebook account to create a Venmo account, or sign up with their name, email, and phone

22  number.  Among other uses, VENMO products and services allow customers to split the bill with

23  friends and share their purchases within their social feed, and to have a secure means to lend

24  money to friends and family, and to receive payments for money lent.

25     19.     Providing users with a simple, seamless, accessible, and secure payment

26  experience has contributed directly and substantially to the tremendous goodwill and success that

27

28  [1] *See* https://www.linkedin.com/pulse/how-i-did-shifting-paypal-customer-champion-dan-schulman/

the VENMO brand enjoys nationwide.  In 2015, TechCrunch published an article titled, "How Venmo Won in One of the Most Crowded Spaces in Tech."[2]  That same year, Mashable named Venmo as one of the 100 best iPhone apps of all time,[3] and Venmo won the 2015 New Media Award's Web Awards Competition for having the best app in the payments service industry.[4]  In 2016, Time Magazine named Venmo one of the best 50 apps of the year.[5]  In 2019, Nerdwallet rated Venmo as the best mobile app to transfer money domestically.[6]  Fast Company has twice named Venmo as one of the country's most innovative companies—first in 2015 and again in 2017.[7]

20.     PayPal has used the VENMO mark continuously, prominently, and conspicuously in interstate commerce in the United States in connection with its Venmo goods and services for many years.  PayPal has used the VENMO Marks in connection with advertising, marketing, and promoting its products and services nationwide through multiple platforms, including but not limited to extensive Internet, television, and print advertising and promotion.

21.     Through the advertising, promotion, and use of the VENMO Marks, PayPal has developed recognition for its products and services under the VENMO Marks.  The VENMO Marks have acquired and enjoy a valuable reputation for high-quality, secure, reliable, and user-friendly payment and money transfer options.

22.     The VENMO Marks assure customers and the public that the products and services offered in connection with the VENMO Marks meet the high-quality standards for which PayPal has established its reputation and goodwill.

23.     PayPal owns numerous United States registrations for VENMO and variations thereof on the Principal Register (in word mark form and in stylized or design form) covering a variety of goods and services.

24.     PayPal owns U.S. Registration No. 5067594 (issued October 25, 2016) for the

---

[2] https://techcrunch.com/2015/11/04/how-venmo-won-in-one-of-the-most-crowded-spaces-in-tech/
[3] https://mashable.com/2015/12/08/100-best-iphone-apps/
[4] http://www.newmediaawards.org/webawards/2015/venmo.html
[5] http://time.com/4549647/best-apps-year-2016/
[6] https://www.nerdwallet.com/blog/banking/faq-send-money-individual/
[7] https://www.fastcompany.com/company/venmo

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  trademark VENMO for the following goods and services: (a) Downloadable software for

2  enabling the electronic transfer of money between users; Downloadable software for enabling

3  processing of electronic funds transfers and payments made via ACH (automated clearing house),

4  credit card, debit card, electronic check and electronic, mobile and online payments in Class 9;

5  and (b) Providing temporary use of online, non-downloadable software for enabling the electronic

6  transfer of money between users; providing temporary use of online, non-downloadable software

7  for enabling processing of electronic funds transfers and payments made via ACH (automated

8  clearing house), credit card, debit card, electronic check and electronic, mobile and online

9  payments in Class 42.  *See* Exhibit 1.

10      25.    PayPal also owns U.S. Registration No. 4371630 (issued July 23, 2013) for the

11  trademark VENMO for electronic transfer of money for others; providing electronic processing of

12  electronic funds transfer, ACH, credit card, debit card, electronic check and electronic, mobile

13  and online payments in Class 36.  *See* Exhibit 2.

14      26.    PayPal also owns U.S. Registration 4371674 (issued July 23, 2013) for the stylized

15  VENMO trademark ( **venmo** ) for electronic transfer of money for others; providing electronic

16  processing of electronic funds transfer, ACH, credit card, debit card, electronic check and

17  electronic, mobile and online payments in Class 36.  *See* Exhibit 3.

18      27.    PayPal also owns U.S. Registration 4507016 (issued April 1, 2014) for the

19  trademark VENMO TOUCH for financial affairs and monetary affairs, namely, electronic and

20  on-line payment processing services in Class 36.  *See* Exhibit 4.

21      28.    PayPal also owns U.S. Registration 4499327 (issued March 18, 2014) for the

22  trademark VENMO PAYOUTS for financial affairs and monetary affairs, namely, electronic and

23  on-line payment processing services in Class 36.  *See* Exhibit 5.

24      29.    PayPal also owns U.S. Registration 5765336 (issued May 28, 2019) for the

25  trademark VENMO, for magnetically encoded debit cards in Class 9.  *See* Exhibit 6.

26              **Increasing Consumer Focus on Mobile Commerce**

27      30.    In recent years, mobile technology has gained increasing prominence as consumers

28  look to their mobile devices to facilitate virtually every aspect of their lives, including using the

FENWICK & WEST LLP
ATTORNEYS AT LAW

1   devices to shop for everything from clothes and household goods, to food, travel and other

2   services, and to pay for and facilitate those transactions.  Market analysts have estimated that, by

3   2021, mobile will dominate online sales, driving over 50%—and over $650 billion—in sales.[8]

4   Businesses, as a result, are racing to develop technology and advanced mobile applications to

5   assist their customers in making these mobile transactions.

6          31.    To address its customers' growing needs, PayPal has invested significant resources

7   and efforts on the Venmo mobile platform.  In line with PayPal's Customer Champion focus,

8   PayPal has worked diligently to enable customers to make mobile payments that are secure,

9   efficient, and easy to use.  It has conducted in-depth research to understand its consumers'

10  preferences and regularly updates the Venmo app to meet these criteria.

11         32.    PayPal's commitment to its customers in the mobile space has been exceedingly

12  successful, as evidenced by the rapid pace by which Venmo's payment volumes has grown.

13  Based on its growth, PayPal expects Venmo to generate revenue of $300 million this year.

14  **LENMO'S BUSINESS AND INFRINGEMENT OF THE VENMO MARKS**

15  **Lenmo's Infringing LENMO Mark Harms PayPal's Business and Consumers**

16         33.    On information and belief, Lenmo provides a P2P mobile platform under the

17  LENMO mark that purports to allow consumers to lend and borrow money, including to friends

18  and family.

19         34.    On information and belief, Lenmo launched its Lenmo app on Apple's App Store

20  on or around August 2018.

21         35.    Lenmo cannot deny that it is using a nearly-identical mark for highly similar

22  services offered to the same consumers in the same channel of trade.  Indeed, both the press and

23  Lenmo have noted the similarities between the LENMO and VENMO marks and the services the

24  parties offer.  This unwarranted association lessens and will continue to lessen the distinctiveness

25  of the VENMO Marks, to the detriment of PayPal's VENMO brand and its customers.

26  / / /

27  / / /

---

[8] *See* https://www.pixelunion.net/blog/mobile-ecommerce-stats/

28

36.     For example, in advance of Lenmo's launch of the Lenmo mobile app on Apple's App Store, Bank Innovation described the product as "the Venmo for Lenders."[9]  In an unabashed attempt to trade on PayPal's goodwill and reputation in the VENMO Marks—and before Lenmo's services were even publicly available—Lenmo shared the Bank Innovation article on its LinkedIn page, prominently displaying the VENMO mark under the caption, "Exciting announcement!"[10]



37.     Lenmo's continued use of the LENMO mark deprives PayPal of the ability to control and maintain the high-quality products and services under the Venmo Marks.  Given the

---

[9] *See* https://bankinnovation.net/2018/08/lenmo-the-venmo-for-lenders-set-to-launch-for-ios; *see also* https://lending-times.com/2018/08/15/wednesday-august-15-2018-daily-news-digest/ ("Lenmo to launch for IOS. Think Venmo for lenders, an interesting service indeed").
[10] *See* https://www.linkedin.com/feed/update/urn:li:activity:6435673375510794240.

1    prominence of the VENMO Marks, Lenmo's use of the LENMO mark will continue to cause a

2    likelihood of confusion among the public by causing individuals to attribute incorrectly the

3    quality and content of Lenmo's offerings to PayPal.  That likelihood of confusion jeopardizes

4    PayPal's relationship with its current and prospective customers and the public.  That confusion

5    also places PayPal's valuable reputation in the hands of Lenmo, over which PayPal has no

6    control.

7          38.    PayPal has acquired a valuable reputation as providing high-quality, secure,

8    reliable, and user-friendly payment and money transfer options in the United States.  The Venmo

9    app is rated 4.9 stars out of 5 (with 5.9 million reviews) on the Apple App Store, and 4.6 stars out

10   of 5 on the Google Play store (with over 220,000 reviews).

11         39.    In contrast, the Lenmo app is rated a meager 3.1 stars on the Apple App Store

12   (with 833 ratings) and an even lower 2.2 stars out of 5 (with 147 reviews) on the Google Play

13   store.  Lenmo's customers have identified serious deficiencies with Lenmo's offerings, including

14   unreceived payments, denial of loans for unidentified reasons, and a poor user experience.  These

15   deficiencies have caused customers to describe the Lenmo app as deceptive and to suspect that

16   the Lenmo app was a "scam."



★ ☆ ☆ ☆ ☆  March 19, 2019

Bogus. Unless you have good credit, your lender will always back out of the loan after
offering it to you. Just another app that takes your personal information and hands it out. If
you have good credit, might as well use your bank or even Money Tree for less interest and a
guaranteed loan.



★ ☆ ☆ ☆ ☆  March 5, 2019                                                         5

never get a investor and when I finally did and accepted it they cancelled and had to start
over again. been signed up for a few months and have yet to actually use the service.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW




★ ★ ★ ★ ★  February 17, 2019

5

I signed up a few hours as an investor and got 3 loans accepted by the borrowers. I was a VP of Bank of America so I know how to exactly screen borrowers, etc...I submitted my Driver's License, bank accounts checks after the stupid app is unable to verify my identity. Prosper will request a copy of your original SSN, Utility bill, ID, and a 3rd party verification call. Lenmo they just straight reject me so far. Horrible experience. I hope they fix the process.



★ ★ ★ ★ ★  March 29, 2019

2

Garbage app. doesn't seem like peer to peer. more like robots to peer. you receive all these investors offering to fund your loan but when u except the offer. the investor will never send u money. I think just by them offering gives the app credibility but how many actually receives their loan.???? 3 investors offered to fund a loan when I accepted all 3 loans expired. what were the chances that happening. working of this app seems very strange.




★ ★ ★ ★ ★  May 24, 2019

problem verifing bank accont. app dont work its a scam. you will be able to get a loan after your last breath and the feeds are not real.




★ ★ ★ ★ ★  March 7, 2019

2

i am an investor i lent money to some of the applicants and i have never receipt the money back. i am still already almost 3 months and the lenmo customer service did not help at all. stay away from this app. thanks



★ ★ ★ ★ ★  April 25, 2019

3

a great big waste of time. after waiting over 30 days to get a loan still couldn't get one. then when i contacted customer service i was told i could cancel but only after waiting 30 days. once the 30 days was up i tried to reapply for a lower loan amount then it said it was too many loan requests at the time please try again. after a week and a few days i contacted customer service and was told i couldn't get a loan for whatever reason. just don't waste your time.

COMPLAINT                                    10                          Case No.: _____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fenwick & West LLP
Attorneys at Law

**Not truthful**                                    Mon
★☆☆☆☆                                      

So I downloaded this app since basically
they've launched. Kept trying to put in
offers but can't change amount for 30
days. Now it they claimed that they have a
high volume of requests so they're not
accepting new requests. I contacted
customer service and they told me
something complete different. So basically
they lied and are not completely honest.
Just be upfront. No need to give potential
customers BS

**AWFUL AND A SCAM**                         Wed
★☆☆☆☆                                      

This app is not helpful, it takes forever for
the money to get into your account and it
never got in mine I was told my money was
deposited however it was not when I try to
get help they just send me the same email
ticket number has been updated when I
click on the ticket number it prompts me to
log in and it says that my log in is incorrect
even though it lets me log in on the app
SMH stay away

**Two Thumbs Down!**                          May 5
★☆☆☆☆                                      

There is no reassurance as a lender

I have lost a lot of money on this app

I strongly recommend not using it.

Unless your goal is to take a lot of money
from people and not pay it back

**Do not recommend**                                    Wed
★☆☆☆☆

Try multiple times for a small loan to see if
it's real but it goes and expires after each
30 days. Not when I try it, it literally says
not accepting new applications at this
time. Don't waste time.

**Does this app even work**                              Apr 25
★☆☆☆☆

All I ever get is an error message saying
there's too many loan requests.

40.     Lenmo's use of its infringing and diluting mark is thus causing and is likely to cause confusion as to whether Lenmo's apparently unreliable and inferior services originate from or are sponsored by PayPal, and as to whether there is an association or affiliation between Lenmo and PayPal.

41.     Lenmo's acts are also diluting and likely to dilute the famous VENMO Marks by whittling away its unique source-identifying quality.  PayPal has invested significant time, money, and energy into ensuring that its offerings under the VENMO Marks reflect its mission as a Customer Champion to provide simple, secure, and reliable financial services and digital payments for consumers.  Lenmo's Apple App Store and Google Play Store reviews show that Lenmo's highly similar mark threatens to diminish and tarnish the reputation and distinctiveness of the VENMO Marks.

42.     This confusion and dilution cause and threaten to cause substantial harm to PayPal. PayPal does not want its customers to be deceived into believing that PayPal has created a separate offering from Venmo that focuses on lending and borrowing.  PayPal also does not want consumers and merchants to associate the poor quality and customer experience reported by Lenmo users with PayPal's offerings under the VENMO Marks.

/ / /

FENWICK & WEST LLP
ATTORNEYS AT LAW

**PayPal's Attempts to Resolve This Dispute Out of Court**

43.     On information and belief, Lenmo intentionally used the LENMO mark in interstate commerce, without PayPal's permission, only after PayPal registered its VENMO Marks and began using them in interstate commerce.

44.     On discovery of Lenmo's mobile app in August 2018, PayPal wrote to Lenmo by email and mail, seeking to amicably resolve this dispute.  Lenmo did not respond.  PayPal contacted Lenmo again in September 2018, January 2019, and February 2019, which were all met with silence from Lenmo.

45.     Lenmo finally responded in late February 2019 by directing PayPal to counsel. PayPal followed up with Lenmo's counsel via phone, counsel's webpage, and email on multiple occasions through April 1, 2019.

46.     To date, Lenmo continues to use the LENMO mark on its website ("http://golenmo.com") and its mobile apps and its application to register the LENMO mark is still pending.

## FIRST CAUSE OF ACTION

### FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)

47.     PayPal realleges and incorporates each and every allegation in the foregoing paragraphs as if fully set forth herein.

48.     Lenmo either had actual notice and knowledge, or had constructive notice, of PayPal's ownership and registrations of its VENMO Marks pursuant to 15 U.S.C. § 1072 before Lenmo's adoption and use of the VENMO Marks.

49.     On information and belief, Lenmo was aware of PayPal's business and its VENMO Marks and registrations prior to the adoption and use of the LENMO mark.

50.     On information and belief, Lenmo, without PayPal's consent, deliberately adopted the LENMO mark in an attempt to trade on the goodwill, reputation, and selling power established by PayPal under its VENMO Marks.

51.     Lenmo's use of the LENMO mark falsely indicates to consumers that Lenmo's products, and any related services, are in some manner connected with, sponsored by, affiliated

COMPLAINT                                    13                          Case No.: _____

1    with, or related to PayPal and its products and services.

2         52.    Lenmo's unauthorized use of the LENMO mark is also likely to cause consumers

3    to be confused as to the source, nature and quality of the products and any related services that

4    Lenmo is promoting or selling.

5         53.    Lenmo's unauthorized use of the LENMO mark in connection with the sale of its

6    products and any related services allows, and will continue to allow, Lenmo to receive the benefit

7    of the goodwill established at great labor and expense by PayPal and to gain acceptance of

8    Lenmo's products and any related services, not based on the merits of those products and

9    services, but on PayPal's reputation and goodwill.

10        54.    Lenmo's unauthorized use of the LENMO mark in connection with the sale of its

11   products and any related services deprives PayPal of the ability to control the consumer

12   perception of the quality of the products and any related services marketed under the VENMO

13   Marks, and places PayPal's reputation and goodwill in the hands of Lenmo, over which PayPal

14   has no control.

15        55.    Lenmo's unauthorized use of the LENMO mark is likely to cause confusion, or to

16   cause mistake, or to deceive consumers or potential consumers in violation of 15 U.S.C. § 1114.

17        56.    PayPal has been, is now, and will be irreparably injured and damaged by Lenmo's

18   trademark infringement, and unless enjoined by the Court, PayPal will suffer further harm to its

19   reputation and goodwill.  This harm is an injury for which PayPal has no adequate remedy at law.

20                        **<u>SECOND CAUSE OF ACTION</u>**

21              **FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))**

22        57.     PayPal realleges and incorporates each and every allegation in the foregoing

23   paragraphs as if fully set forth herein.

24        58.    Lenmo's unauthorized use of the LENMO mark falsely suggests that its products

25   and any related services are connected with, sponsored by, affiliated with, or related to PayPal,

26   and is a false designation of origin in violation of 15 U.S.C. § 1125(a).

27        59.    PayPal has been, is now, and will be irreparably injured and damaged by Lenmo's

28   conduct, and unless enjoined by the Court, PayPal will suffer further harm to its reputation and

FENWICK & WEST LLP
ATTORNEYS AT LAW

FENWICK & WEST LLP
ATTORNEYS AT LAW

goodwill, particularly given the poor quality with which consumers associate with Lenmo's offerings. This harm is an injury for which PayPal has no adequate remedy at law.

### THIRD CAUSE OF ACTION

### TRADEMARK DILUTION (15 U.S.C. § 1125(c))

60.     PayPal realleges and incorporates each and every allegation in the foregoing paragraphs as if fully set forth herein.

61.     The VENMO Marks are famous marks that are widely recognized by consumers and merchants nationwide, and identifies PayPal's services in consumers' minds. Lenmo's unauthorized use of the LENMO mark began after PayPal's VENMO Marks became famous.

62.     Lenmo's unauthorized use of the LENMO mark in connection with the distribution or sale of its products and services dilute, and will continue to dilute, the distinctiveness of PayPal's VENMO Marks, which consumers and merchants now associate uniquely with PayPal and its services.

63.     Lenmo's unauthorized use of the LENMO mark has, and will continue to have, an adverse effect on the value and distinctive quality of the VENMO Marks. Lenmo's acts blur and whittle away at the distinctiveness of PayPal's VENMO Marks.

64.     Lenmo's acts dilute the value of PayPal's goodwill in connection with the VENMO Marks and destroy the exclusive association between PayPal and its VENMO Marks.

65.     PayPal has been, is now, and will be irreparably injured and damaged by Lenmo's conduct, and unless enjoined by the Court, Lenmo will continue to dilute the distinctiveness of and tarnish the VENMO Marks. This harm is an injury for which PayPal has no adequate remedy at law.

### FOURTH CAUSE OF ACTION

### VIOLATION OF COMMON LAW TRADEMARK RIGHTS

66.     PayPal realleges and incorporates each and every allegation in the foregoing paragraphs as if fully set forth herein.

67.     PayPal owns and has valid common law trademark rights in its VENMO Marks used in connection with the payment-related products and services identified herein.

68.     Lenmo's use of the LENMO mark is in violation and derogation of PayPal's common law trademark rights and is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, and/or quality of Lenmo's products and any related services, thereby causing loss, damage, and injury to PayPal and to the purchasing public.

69.     PayPal is informed and believes, and thereon alleges, that Lenmo's violations of PayPal's common law trademark rights have been knowing, deliberate, willful, intended to cause mistake and to deceive, and are in disregard of PayPal's rights.

70.     PayPal has been, is now, and will be irreparably injured and damaged by Lenmo's conduct, and unless enjoined by the Court, PayPal will suffer further harm to its reputation and goodwill.  This harm is an injury for which PayPal has no adequate remedy at law.

## FIFTH CAUSE OF ACTION

## UNFAIR COMPETITION (CAL. BUS. & PROF. CODE §§ 17200 ET SEQ)

71.     PayPal realleges and incorporates each and every allegation in the foregoing paragraphs as if fully set forth herein.

72.     Lenmo's unauthorized use of the LENMO mark is unfair competition, including unlawful and unfair practices in violation of California Business and Professional Code § 17200 *et seq.* and PayPal's rights.

73.     Lenmo's unauthorized use of the LENMO mark is likely to cause confusion, mistake, and deception among consumers and the public as to the source, origin, sponsorship, affiliation, nature and/or quality of PayPal's products and services and commercial activities, thereby causing loss, damage, and injury to PayPal and to the purchasing public.

74.     PayPal believes, and therefore alleges, that Lenmo has obtained money or property through its misconduct that rightly belongs to PayPal and that it has deprived PayPal of that money or property, and has caused injury in fact to PayPal.

75.     PayPal has been, is now, and will be irreparably injured and damaged by Lenmo's conduct, and unless enjoined by the Court, PayPal will suffer further harm to its reputation and goodwill.  This harm is an injury for which PayPal has no adequate remedy at law.

1

# PRAYER FOR RELIEF

2       WHEREFORE, Plaintiff PayPal, Inc. asks the Court for a judgment against Lenmo Inc. as

3   follows:

4       1.      Entry of an order and judgment requiring that Lenmo and its officers, agents,

5   servants, employees, owners and representatives, and all other persons, firms or corporations in

6   active concert or participation with it, be enjoined and restrained from (a) using in any manner the

7   LENMO mark or any mark or domain name that wholly incorporates the LENMO mark or is

8   confusingly similar to or a colorable imitation of this mark; and (b) doing any act or thing

9   calculated or likely to cause confusion or mistake in the minds of members of the public,

10  including prospective customers of PayPal's products or services, as to the source of the products

11  or services offered for sale, distributed, or sold, or likely to deceive members of the public,

12  including prospective customers, into believing that there is some connection between Lenmo and

13  PayPal;

14      2.      A judgment ordering Lenmo, pursuant to 15 U.S.C. § 1116(a), to file with this

15  Court and serve on PayPal within thirty (30) days after entry of the injunction, a report in writing

16  under oath setting forth in detail the manner and form in which Lenmo has complied with the

17  injunction and ceased all offering of products and any related services under the LENMO mark as

18  set forth above;

19      3.      A judgment ordering Lenmo, pursuant to 15 U.S.C. § 1118, to deliver up for

20  destruction or impoundment, or to show proof of destruction or impoundment, to eliminate the

21  infringing matter in all articles, documents, files, advertisements, promotional items, servers,

22  other storage media, systems, or other matter in their possession, custody, or control that infringe

23  or otherwise violate PayPal's rights in PayPal's VENMO Marks, or any mark that is confusingly

24  similar to or a colorable imitation of PayPal's VENMO Marks, including all marks this

25  Complaint identifies;

26      4.      A judgment ordering Lenmo to abandon with prejudice U.S. Trademark

27  Application No. 87922051 for the "LENMO" mark;

28      5.      A judgment in the amount of PayPal's actual damages, Lenmo's profits, PayPal's

FENWICK & WEST LLP
ATTORNEYS AT LAW

1    reasonable attorneys' fees and costs of suit, and pre-judgment interest pursuant to 15 U.S.C.

2    § 1117;

3        6.    A judgment for enhanced damages under 15 U.S.C. § 1117 and punitive damages

4    under state law as appropriate; and

5        7.    A judgment granting PayPal such other and further relief as the Court deems just

6    and proper.

7    Dated:   July 3, 2019                    FENWICK & WEST LLP

8

9                                    By: */s/ Jedediah Wakefield*
10                                       Jedediah Wakefield
                                         Attorneys for Plaintiff
11                                       PayPal, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## JURY DEMAND

Plaintiff PayPal, Inc. hereby requests a trial by jury.


Dated:    July 3, 2019                              FENWICK & WEST LLP


                                        By: /s/ *Jedediah Wakefield*
                                            Jedediah Wakefield
                                            Attorneys for Plaintiff
                                            PayPal, Inc.